# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 25-cr-00266-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CADARIUS DARNELL BRANTLEY (01)** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 36], and the parties having waived their right to object thereto,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Defendant Cadarius Brantley's guilty plea is accepted, and the Court hereby adjudges him **GUILTY** of the offense charged in Count One of the Indictment.

MONROE, LOUISIANA, this 9th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE